FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2b MAR 24 PM 12: 18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **26 - C V - 1 2 1 9**

(To be supplied by the court)

_____ Taneesha Robinson _____, Plaintiff

v.

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

_____ NCS/EML Joint Venture II, LLC _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

### A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**Taneesha Robinson, 2502 S Bahama Cir, Unit C, Aurora, CO 80013**

_____

(Name and complete mailing address)

  601-983-0996, Samone1920@gmail.com
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   _____NCS/EML Joint Venture II, LLC_____
                    (Name and complete mailing address)

                    _____270-874-2233_____
                    (Telephone number and e-mail address if known)


Defendant 2:   _____
                    (Name and complete mailing address)

                    _____
                    (Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓___ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

✓___ Other: (*please specify*) Family and Medical Leave Act (FMLA), 29 U.S.C. § 2601 et seq.

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

2

CLAIM ONE: _____ Hostile Work Environment and Retaliation _____

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire      __✓__ different terms and conditions of employment

\_\_\_\_ failure to promote      \_\_\_\_ failure to accommodate disability

\_\_\_\_ termination of employment      __✓__ retaliation

__✓__ other: (*please specify*) _____ Constructive discharge and FMLA interference _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__✓__ race      \_\_\_\_ religion      \_\_\_\_ national origin      \_\_\_\_ age

\_\_\_\_ color      \_\_\_\_ sex      \_\_\_\_ disability

Supporting facts:

Plaintiff began working for Defendant on December 30, 2019, as a Production Control Clerk. In 2024, a new Project Manager created a hostile work environment by making inappropriate comments about Plaintiff's manner of speaking, falsely accusing Plaintiff of having an "attitude," and encouraging coworkers to isolate Plaintiff.

As a result, Plaintiff experienced severe stress and anxiety and took protected leave under the Family and Medical Leave Act (FMLA). Plaintiff required medical treatment, including anxiety and sleep medication.

Defendant was aware of the situation. Human Resources intervened multiple times, and a psychiatric evaluation arranged through Defendant indicated workplace-related stress involving management. During a recorded conversation, an HR representative acknowledged the severity of the situation.

Despite this, Defendant failed to correct the behavior. Before Plaintiff's return from leave in August 2025, Plaintiff's workspace was altered, parking access was reduced, and flexibility to pick up her child was removed.

These actions created intolerable working conditions, and Plaintiff was forced to resign.

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

> ✓ Yes (***You must attach a copy of the administrative charge to this complaint***)

> ___ No

Have you received a notice of right to sue? (*check one*)

> ✓ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

> ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Back pay and lost wages, Front Pay, Compensation for emotional distress, medical expenses, punitive damages, any other relief the Court deems just and proper

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3-24-26
_____
(Date)

(Revised February 2022)

4

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Louisville Area Office
600 Dr. Martin Luther King, Jr Place, Suite 268
Louisville, KY 40202
(502) 694-3940
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/29/2025

To: Ms. Taneesha S. Robinson
2502 S Bahama Cir Unit C
AURORA, CO 80013
Charge No: 474-2025-01004

EEOC Representative and email:    MARCUS SANDERS
INVESTIGATOR
MARCUS.SANDERS@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of **EEOC's official** notice of dismissal. You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 474-2025-01004.

On behalf of the Commission,

Digitally Signed By: Ramiro Gutierrez
12/29/2025

Ramiro Gutierrez
Acting Area Office Director

Cc:
EML, LLC
1609 S MAIN ST
HOPKINSVILLE, KY 42240


Please retain this Notice for your records.

Case No. 1:26-cv-01219-TPO Document 1 filed 03/24/26 USDC Colorado pg 7 of 7



EEOC Form 5A (Sept. 2017)

**Personal Information**
First Name: Tineesha  MI: S  Last Name: Robinson
Address: 2562 S Bahama Cir  Apt.: C
City: Aurora  County: Arapahoe  State: MS  Zip Code: 80013
Phone: 661 983-0996  Home☐ Work☐ Cell☒  Email Address: Samone1920@gmail.com

**Who do you believe discriminated against you?**
Employer☒ Union☐ Employment Agency☐ Other Organization☐
Organization Name: EML, LLC
Address: 1609 S Main St.  Suite: ___
City: Hopkinsville  State: KY  Zip Code: 42240  Phone: 270-874-2233

**Why you believe you were discriminated against?**
Age☐ Color☐ Disability☐ Genetic Information☐ National Origin☐
Race☐ Religion☐ Retaliation☐ Sex☐

**What happened to you that you believe was discriminatory?**
Date of most recent job action you believe was discriminatory: 8/21/2025
Describe briefly each job action you believe was discriminatory and when it happened (estimate).
On April 18, 2025, I reported the Project Manager, Bill Bestanzosieu for racial harassment and a Hostile work environment
On June 2, 2025, I started a 12 week medical leave.
On August 21, 2025, I was told that the parking spot I've had the past 5 years would be allowed to use 2 days, my desk would be moved to the opposite side + my work hours changed.

**Signature and Verification**
I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on Age, Color, Disability, Genetic information, National Origin, Religion, Sex, or based on retaliation for: filing a charge of employment discrimination; helping in someone else's complaint about job discrimination; or complaining to the employer about job discrimination.

I declare under penalty of perjury that the above is true and correct.
Signature: ___  Date: 12-3-2025